SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
TIMOTHY J. SILVERMAN #145264
4340 Von Karman, Suite 200
Newport Beach, CA 92660
Telephone: (949) 263-8757
Facsimile: (949) 209-3320

Attorneys for WestVue NPL Trust II, c/o
LongVue Mortgage Capital, Inc., its successors
and/or assignees

UNITED STATES BANKRUPTCY COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Bk. No. 2:16-bk-10987-SK |
| SALOME R. DAVIS, | Chapter 13 |
| Debtor. | **STIPULATION RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF** |
| | Hearing-<br>Date: March 23, 2017<br>Time: 10:00 a.m.<br>Place: Bankruptcy Court<br>255 East Temple Street, Courtroom 1575<br>Los Angeles, CA 90012 |

WESTVUE NPL TRUST II, c/o LONGVUE MORTGAGE CAPITAL, INC., its successors and/or assignees ("**Secured Creditor**" or "**Movant**"), through its counsel JOSHUA L. SCHEER of SCHEER LAW GROUP, LLP and SALOME R. DAVIS ("**Debtor**"), the Pro Se Debtor, hereby agree and stipulate that the following may be entered in an order by the court:

## I. FACTS

A.    Secured Creditor is the current payee of a Note dated October 26, 2007 in the principal amount of $380,750.00 ("the **Note**") secured by a First Deed of Trust of same date, which bears interest as specified therein. The original Note is held by Secured Creditor.

1

B. The indebtedness evidenced by the Note is secured by a Deed of Trust (the **"Deed of Trust"**) executed and recorded in Los Angeles County and which encumbers the real property located at **1842 W. 50th Street, Los Angeles, CA 90062** (the **"Property"**).

C. Secured Creditor is the current holder of the Note and maintains all beneficial interest relating to the subject loan.

D. Debtor defaulted on the Note and Secured Creditor filed a Motion for Relief on January 11, 2017. The hearing on the matter was continued to allow the parties to work out an adequate protection order. Prior to the hearing on March 23, 2017, Debtor tendered funds to bring her account post-petition current. In an effort to resolve this Motion for Relief, the Debtor and Secured Creditor agree to the following Stipulation:

## II. STIPULATION

1. IT IS STIPULATED that Debtor must maintain normal monthly post-petition payments to Secured Creditor on its claim that is secured by the Property, pursuant to the terms of the Note and Deed of Trust, starting with the April 1, 2017 payment. The contractual monthly payment amount is $1,224.15, but subject to change pursuant to the Note and Deed of Trust.

2. IT IS FURTHER STIPULATED that the Debtor must maintain insurance coverage on the Property and must remain current on all taxes that fall due post-petition with regard to the Property.

3. IT IS FURTHER STIPULATED that upon any default in the foregoing terms and conditions, the Movant must serve written notice of default to Debtor. If the Debtor fails to cure the default within 14 days after service of such written notice, Movant may file and serve a declaration that states under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the court may grant without further notice or hearing.

4. IT IS FURTHER STIPULATED that notwithstanding anything contained herein to the contrary, the Debtor shall be entitled to a maximum of three (3) notices of default and opportunities to cure pursuant to the preceding paragraph. Once the Debtor has defaulted this number of times on the obligations imposed by this Order and has been served with this

number of notices of default, Movant is relieved of any obligation to serve additional notices of default or to provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default or providing the Debtor with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

6. IT IS FURTHER STIPULATED that if Movant obtains relief from stay based on Debtor's defaults hereunder, the order granting such relief will contain a waiver of the 14 day stay as provided in FRBP 4001(a)(3).

7. IT IS FURTHER STIPULATED that this Stipulation is binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by Court order or by operation of law, this Stipulation ceases to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

8. IT IS FURTHER STIPULATED that Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which Movant could otherwise have been entitled under applicable non-bankruptcy law.

APPROVED AS TO FORM & CONTENT

_____        DATED: 6/29/2017
SALMONE R. DAVIS
PRO SE DEBTOR

APPROVED AS TO FORM & CONTENT

_____        DATED: 6/29/17
JOSHUA L. SCHEER
COUNSEL FOR MOVANT

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**155 N. Redwood Dr. Suite 100
San Rafael, CA 94903**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/29/17, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/29/17 | DAVID HA | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**

## ATTACHMENT TO PROOF OF SERVICE

### DEBTOR

**Salome R Davis**
1842 West 50th St.
Los Angeles, CA 90062

### CHAPTER 13 TRUSTEE

**Kathy A Dockery (TR)**
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

### OFFICE OF U.S. TRUSTEE

**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             **F 9013-3.1.PROOF.SERVICE**

## ATTACHMENT TO PROOF OF SERVICE

**DEBTOR IN PRO SE**
Salome R Davis
1842 West 50th St.
Los Angeles, CA 90062

**CHAPTER 13 TRUSTEE**
Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

**OFFICE OF U.S. TRUSTEE**
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

**CHAMBER'S COPY**
Chambers of the Honorable
Sandra R. Klein
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012